**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-01808-CMA-KMT

INSTAMART FULFILLMENT, LLC, a Colorado limited liability company, and
INSTAMART IP, LLC, a Wyoming limited liability company,

      Plaintiffs,

v.

INSTACART, INC., a Delaware corporation,
INSTACART FUND I, LLC, a Delaware limited liability company, and
MAPLEBEAR, INC. d/b/a INSTACART, a Delaware corporation,

      Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF DEFENDANT INSTACART, INC.**

---

This matter is before the Court on the parties' Stipulated of Voluntary Dismissal of Defendant Instacart, Inc. (Doc. # 21). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Instacart, Inc. is hereby DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1).

IT IS FURTHER ORDERED that each party shall pay its own costs and attorney fees.

IT IS FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Instacart, Inc. as a Defendant in this case.

DATED: October 8, 2014

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge