IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01808–CMA–KMT

INSTAMART FULFULLMENT LLC, a Colorado limited liability company, and
INSTAMART IP, LLC, a Wyoming limited liability company,

    Plaintiffs/Counterclaim Defendants.

v.

MAPLEBEAR, INC., D/B/A INSTACART, a Delaware corporation,

    Defendant/Counterclaim Plaintiff.

---

## MINUTE ORDER
### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Renewed Motion for Leave to File a Second Amended Complaint and Jury Demand" (Doc. No. 48, filed Jan. 15, 2015) is GRANTED pursuant to Fed. R. Civ. P. 15(a)(2) and the parties' "Joint Motion to Apply Pending Motion to Dismiss to Amended Pleadings" (Doc. No. 53, filed Feb. 5, 2015) is GRANTED. The Clerk of Court is directed to file Plaintiff's Second Amended Complaint. (Doc. No. 48-1). Defendants' Motion to Dismiss (Doc. No. 22) will apply to the Second Amended Complaint.

Dated: February 6, 2015