## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 14-cv-01808-CMA-KMT

INSTAMART FULFILLMENT, LLC, a Colorado limited liability company, and
INSTAMART IP, LLC, a Wyoming limited liability company,

      Plaintiffs,

v.

MAPLEBEAR, INC. d/b/a INSTACART, a Delaware corporation,
WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P., a Texas limited
partnership;
WFM-WO, INC., a Delaware corporation; and
WHOLE FOODS MARKET SERVICES, INC., a Texas corporation

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation of Dismissal With Prejudice (Doc. # 121), signed by the attorneys for the

parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own attorneys' fees, expenses, and costs.

DATED:  August 12, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge